**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Yusuf El WILLIAMS, Defendant–**
**Appellant.**

No. 06–11205
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 31, 2006.

E. Bryan Wilson, Tallahassee, FL, Nancy J. Hess, United States Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Kafahni Nkrumah, Pensacola, FL, Randolph P. Murrell, Gwendolyn L. Spivey, Federal Public Defender, Tallahassee, FL,

for Defendant–Appellant. D.C. Docket No. 05–00100–CR–3–LAC.

Before: ANDERSON, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Yusuf El Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and the revocation of Williams's supervised release and sentence are AFFIRMED.